IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| JOHNNIE LEE JONES | * | |
|  | * | |
| Plaintiff | * | |
|  | * | |
| VS. | * | NO: 3:07CV00130   SWW |
|  | * | |
| EDDIE L. SMITH and USF HOLLAND, INC. | * | |
|  | * | |
| Defendants | * | |

## ORDER

John Somyak, an attorney from Texas, seeks permission to appear *pro hac vice* as counsel for Plaintiff in this case. Under Local Rule 83.5(d), an applicant to appear *pro hac vice* "shall designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case." However, upon written motion, the Court may waive the local counsel requirement and permit the non-enrolled attorney to proceed without designating local counsel for the limited purpose of the pending litigation. *See* Rule 83.5(d). When seeking admission *pro hac vice* without designated counsel, "non-enrolled counsel must affirm to [the Local Rules of the United States District Court for the Eastern District of Arkansas] and to the jurisdiction of the Court in matters of discipline." Rule 83.5(d).

Attorney Somyak does not designate local counsel, nor does he specifically request that

the Court release him from the local-counsel requirement.  However, the Court construes his motion as a request for admission to the bar of this court, for the limited purpose of appearing as counsel for Plaintiff, without the designation of local counsel.  Pursuant to Local Rule 83.5, the motion (docket entry #2) is GRANTED.  John Somyak is hereby admitted to the bar of this Court for the limited purpose of appearing in this case as counsel for Plaintiff.

IT IS SO ORDERED THIS 24TH DAY OF SEPTEMBER, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE