**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| JOHNNIE LEE JONES | * | |
| Plaintiff | * | |
| VS. | * | NO: 3:07CV00130   SWW |
| EDDIE L. SMITH and USF HOLLAND, INC. | * | |
| Defendants | * | |

**ORDER**

Michael D. Richardson, Christopher M. McDowell and Mitchell E. McCrea, attorneys from Texas, seek permission to appear *pro hac vice* as counsel for Defendant USF Holland, Inc. Under Local Rule 83.5(d), an applicant to appear *pro hac vice* "shall designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case." However, upon written motion, the Court may waive the local counsel requirement and permit the non-enrolled attorney to proceed without designating local counsel for the limited purpose of the pending litigation.  *See* Rule 83.5(d).  When seeking admission *pro hac vice* without designated counsel, "non-enrolled counsel must affirm to [the Local Rules of the United States District Court for the Eastern District of Arkansas] and to the jurisdiction of the Court in matters

1

of discipline." Rule 83.5(d).

Attorneys Richardson, McDowell, and McCrea request that the Court release them from the local-counsel requirement, and they affirm to the Local Rules of this Court and to the Court's jurisdiction in matters of discipline. Pursuant to Local Rule 83.5, the motion (docket entry #6) is GRANTED. Attorneys Michael D. Richardson, Christopher M. McDowell, and Mitchell E. McCrea are hereby admitted to the bar of this Court for the limited purpose of appearing in this case as counsel for Defendant USF Holland, Inc.

IT IS SO ORDERED THIS 30TH DAY OF OCTOBER, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE