**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| JOHNNIE LEE JONES | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 3:07CV00130   SWW |
| | * | |
| USF HOLLAND, INC. | * | |
| | * | |
| Defendants | * | |

**ORDER**

Before the Court are Plaintiff's motion to voluntarily dismiss, with prejudice, Plaintiff's claims against Defendant Eddie L. Smith (docket entry #13) and Plaintiff's motion to amend the style of the case to reflect that USF Holland, Inc. is the sole defendant in this case.  The motions are GRANTED.  Plaintiff's claims against Defendant Eddie L. Smith are hereby dismissed with prejudice.  The Clerk is directed to terminate Defendant Smith as a party to this action.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE