## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

|  |  |  |
|---|---|---|
| JOHNNIE LEE JONES | * | |
| Plaintiff | * | |
| VS. | * | NO: 3:07CV00130   SWW |
| USF HOLLAND, INC. | * | |
| Defendant | * | |

## ORDER

Liberty Mutual Insurance Company ("Liberty Mutual") filed an unopposed motion to intervene in this matter. Liberty Mutual asserts that pursuant to the terms of a workers' compensation insurance policy, it paid medical expenses on behalf of Plaintiff, related to alleged injuries giving rise to this action. Liberty Mutual seeks to intervene for the purpose of protecting its subrogation rights. For good cause shown, and pursuant to Federal Rule of Civil Procedure 24, Liberty Mutual's motion to intervene (docket entry #19) is GRANTED.

IT IS SO ORDERED THIS 29TH DAY OF JANUARY, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE