IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHNNIE LEE JONES                                                                        PLAINTIFF

v.                                   CASE NO. 3:07CV00130 BSM

USF HOLLAND, INC.                                                                      DEFENDANT

### ORDER

Currently pending before the court is the defendant's unopposed Motion for Continuance [Doc. # 31]. For good cause shown, the motion is granted and a new scheduling order will be issued.

IT IS SO ORDERED this 30th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE