IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHNNIE LEE JONES                                                                                     PLAINTIFF

vs.                                       NO: 3:07CV00130 BSM

USF HOLLAND, INC.                                                                                  DEFENDANT

## ORDER

Pending before the Court is a joint motion for continuance of the May 18, 2009 trial. The request is denied. This case was filed on September 19, 2007, and arises out of an accident which occurred on October 19, 2004. The parties previously requested a continuance which was granted on July 30, 2008.

The issues in this case are not complicated. The parties have had ample time to conduct discovery exercising due diligence. The discovery deadline is currently set for February 23, 2009, and the court extends the discovery deadline to March 9, 2009; the motions deadline is extended to March 26, 2009. In all other respects the motion for continuance (Doc No. 38) is denied.

IT IS SO ORDERED this 18th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE