IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| JOHNNIE LEE JONES, Plaintiff | § § § | |
|---|---|---|
| VS. | § § | CAUSE NO. 3:07CV00130 BSM |
| USF HOLLAND, INC., Defendant | § § | |

### ORDER GRANTING PLAINTIFF & INTERVENOR'S MOTION FOR NONSUIT WITH PREJUDICE

ON THIS the 2nd day of December, 2009, came to be heard Plaintiff and Intervenor's Motion For Non-Suit With Prejudice as to Defendant, USF HOLLAND, INC., in the above styled and numbered cause and it appearing to the Court that said motion is well taken, and should be in all things GRANTED, it is therefore

ORDERED, ADJUDGED AND DECREED that Plaintiff & Intervenor's Motion For Non-Suit With Prejudice as to Defendant, USF HOLLAND, INC., is hereby GRANTED.

SIGNED this the 2nd day of December, 2009.

JUDGE PRESIDING

APPROVED AS TO SUBSTANCE AND FORM:

JOHN SOMYAK & ASSOCIATES

John Somyak
TBA No. 18842800
Federal Bar No. 15579
3401 Louisiana, Suite 480
Houston, Texas 77002

(713) 523-4900
(713) 523-7050 [Fax]
Attorney for Plaintiff

APPROVED:

ROSE * WALKER, LLP

_____
Mitchell E. McCrea
TBA No. 24041435
3500 Maple Avenue, Suite 900
Dallas, Texas 75219
(214) 752-8600
(214) 752-8700 [Fax]
Attorneys for Defendant


LEDBETTER, COGBILL, ARNOLD & HARRISON, LLP

_____
James A. Arnold, II
ABA No. 78005
P. O. Box 185
Fort Smith, AR 72902-0185
(479) 782-7294
(479) 782-1493 [Fax]
Attorneys for Intervenor